IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARGARITE WILLIAMS
and WILLIE WILLIAMS,
husband and wife,

       Plaintiffs,

v.                                  CASE NO.: 1:09cv138-SPM/AK

WALGREEN CO.,
an Illinois corporation,

       Defendant.
_____/

## ORDER REMANDING CASE

Upon consideration of the parties' Stipulation to Remand (doc. 5), which clarifies that the amount in controversy does not exceed $75,000.00 and that diversity jurisdiction does not exist, it is

ORDERED AND ADJUDGED: this case is remanded to the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida.

DONE AND ORDERED this 7th day of July, 2009.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge